[Civ. No. 1805. First Appellate District.—January 12, 1917.]

TIDEWATER SOUTHERN RAILWAY COMPANY (a Corporation), Appellant, v. W. W. FRAME, Respondent.

CORPORATION—SUBSCRIPTION FOR STOCK—PAYMENT BY NOTE.—Judgment affirmed on the authority of *Tidewater Southern Railway Company v. Vance,* 31 Cal. App. 503.

APPEAL from a judgment of the Superior Court of Fresno County. H. Z. Austin, Judge.

The facts are similar to those stated in the opinion in *Tidewater Southern Railway Company v. Vance,* 31 Cal. App. 503.

Meredith, Landers & Chester, for Appellant.

H. C. Wuerth, for Respondent.

THE COURT.—It is conceded by the appellant that this case is in all essential particulars as to its facts identical with the case of *Tidewater Southern Railway Company v. Vance,* 31 Cal. App. 503. This being so, it follows upon the authority of that case the judgment herein will be affirmed, and it is so ordered.